**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID ABIE MOILWA,

Petitioner,

vs.

**ORDER**
Civil No. 01-616 ADM/ESS

CURTIS J. ALJETS,
Director of the INS,

Respondent.

---

This matter is before the undersigned United States District Judge pursuant to Petitioner's Motion For Emergency Stay of Deportation dated July 27, 2001.

Based upon all of the files, records & proceedings herein, and for the foregoing reasons, IT IS HEREBY ORDERED that a stay of deportation is GRANTED until the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 can be fully considered by Magistrate Judge E.S. Swearingen.

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: July 27, 2001

JUL 2 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK