**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID ABIE MOILWA,

Plaintiff,

v.

CURTIS J. ALJETS,
Director of INS,

Defendant.

Civil No. 01-616 (ADM/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

---

Petitioner, a prisoner at the Minnesota Correctional Facility in Rush City, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that he is being detained by the U.S. Immigration and Naturalization Service in violation of his rights under federal law and the Constitution.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact setting forth Respondent's legal position on the merits of the petition, and Respondent's recommendation as to the need for this court to conduct an evidentiary hearing ion this matter;

3. Certified copies of any court records, administrative records, or prison records

FILED AUG 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

that may be germane to the issues rased in the petition.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of Respondent's return, the parties shall await the further order of this Court.

This Court's order dated April 11, 2001 [Docket No. 4] is vacated.

Dated: August 3, 2001

E. S. SWEARINGEN
United States Magistrate Judge