AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

David Abie Moilwa

V.

Curtis J. Aljets,
Director of INS

## JUDGMENT IN A CIVIL CASE

Case Number: 01-616 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's application for a writ of habeas corpus is granted.

November 20, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk

15